```
                              United States Bankruptcy Court
                                    District of Hawaii
In re:                                                              Case No. 20-00576-rjf
Ardian Hasaj                                                        Chapter 7
Heather Marie Hasaj
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0975-1          User: darlene              Page 1 of 2         Date Rcvd: Aug 19, 2020
                              Form ID: 318               Total Noticed: 29
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2020.
```
db/jdb         +Ardian Hasaj,    Heather Marie Hasaj,    94-073 Puanane Loop,    Mililani, HI 96789-1736
1453392        +BENCHMARK PHYSICAL THERAPY,    DEPT. 888530,    Knoxville, TN 37995-0001
1453397         FREEDOM MORTGAGE CORPORATION,    P.O. BOX 50485,    Indianapolis, IN 46250-0485
1453398         HIGHLIGHTS PUZZLE CLUB,    P.O. BOX 6381,    Harlan, IA 51593-1881
1453406        +SOUTHEAST GEORGIA HEALTH SYSTEM,    P.O. BOX 1518,    Brunswick, GA 31521-1518
1458135        +Santander Consumer USA Inc.,    c/o Stewart, Zlimen & Jungers, Ltd.,    2860 Patton Rd.,
                 Roseville, MN 55113-1100
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: QDSFIELD.COM Aug 20 2020 08:53:00      Dane S. Field,    P.O. Box 4198,
                 Honolulu, HI 96812-4198
1453389         EDI: AMEREXPR.COM Aug 20 2020 08:53:00      AMERICAN EXPRESS,    P.O. BOX 981537,
                 El Paso, TX 79998-1537
1453390         EDI: ARSN.COM Aug 20 2020 08:53:00      ARS NATIONAL SERVICES, INC.,    P.O. BOX 469046,
                 Escondido, CA 92046-9046
1453391         EDI: TSYS2.COM Aug 20 2020 08:53:00      BARCLAYS BANK DELAWARE,    P.O. BOX 8803,
                 Wilmington, DE 19899-8803
1453393         EDI: CAPITALONE.COM Aug 20 2020 08:53:00      CAPITAL ONE,    P.O. BOX 30285,
                 Salt Lake City, UT 84130-0285
1453394        +EDI: CHRM.COM Aug 20 2020 08:53:00      CHRYSLER CAPITAL,    ATTN: BANKRUPTCY DEPT.,
                 P.O. BOX 961278,    Fort Worth, TX 76161-0278
1453395         EDI: CITICORP.COM Aug 20 2020 08:53:00      CITI CARDS / CITIBANK,    P.O. BOX 6241,
                 Sioux Falls, SD 57117-6241
1453396         EDI: DISCOVER.COM Aug 20 2020 08:53:00      DISCOVER FINANCIAL SERVICES, LLC,    P.O. BOX 15316,
                 Wilmington, DE 19850-5316
1453399         EDI: JPMORGANCHASE Aug 20 2020 08:53:00      JPMCB AUTO,    P.O. BOX 901003,
                 Fort Worth, TX 76101
1453400         EDI: JPMORGANCHASE Aug 20 2020 08:53:00      JPMCB CARD SERVICES,    P.O. BOX 15369,
                 Wilmington, DE 19850
1453402         E-mail/Text: camanagement@mtb.com Aug 20 2020 04:51:26      M & T BANK,
                 LENDING SERVICES, CUSTOMER SUPPORT,    P.O. BOX 900,    Millsboro, DE 19966
1453403         E-mail/PDF: MerrickBKNotifications@Resurgent.com Aug 20 2020 04:53:22      MERRICK BANK CORP,
                 P.O. BOX 9201,    Old Bethpage, NY 11804-9001
1453404         E-mail/Text: NCI_bankonotify@ncirm.com Aug 20 2020 04:51:24      NATIONWIDE CREDIT, INC.,
                 P.O. BOX 14581,    Des Moines, IA 50306-3581
1453438        +EDI: PRA.COM Aug 20 2020 08:53:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
1453405         E-mail/Text: lisa@renuemd.com Aug 20 2020 04:51:25      RENUE PLASTIC SURGERY,
                 2500 STARLING STREET, SUITE 603,    Brunswick, GA 31520-4271
1453407         EDI: CAUT.COM Aug 20 2020 08:53:00      SUBARU MOTORS FINANCE,    P.O. BOX 901076,
                 Fort Worth, TX 76101-2076
1453408         EDI: RMSC.COM Aug 20 2020 08:53:00      SYNCB / AMAZON PLCC,    P.O. BOX 965015,
                 Orlando, FL 32896-5015
1453409        +EDI: RMSC.COM Aug 20 2020 08:53:00      SYNCB / ASHLEY HOMESTORES,    P.O. BOX 965036,
                 Orlando, FL 32896-5036
1453410        +EDI: RMSC.COM Aug 20 2020 08:53:00      SYNCB / GOOGLE,    P.O. BOX 965022,
                 Orlando, FL 32896-5022
1453411         EDI: RMSC.COM Aug 20 2020 08:53:00      SYNCB / HOME DESIGN NAHFA,    P.O. BOX 965036,
                 Orlando, FL 32896-5036
1453412        +EDI: RMSC.COM Aug 20 2020 08:53:00      SYNCB / PPC,    P.O. BOX 530975,    Orlando, FL 32896-0001
1453413        +EDI: WTRRNBANK.COM Aug 20 2020 08:53:00      TD BANK USA / TARGET CREDIT,    P.O. BOX 673,
                 Minneapolis, MN 55440-0673
1453414         EDI: WFFC.COM Aug 20 2020 08:53:00      WELLS FARGO AUTO,    MAC T9017-026,    P.O. BOX 168048,
                 Irving, TX 75016-8048
                                                                                               TOTAL: 23

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
1453401        KAMA'AINA PROPERTIES
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                 TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

U.S. Bankruptcy Court - Hawaii   #20-00576   Dkt # 28   Filed  08/21/20   Page 1 of 4

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 21, 2020                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2020 at the address(es) listed below:
          Alex   Schulz    on behalf of Creditor   Freedom Mortgage Corporation alex.schulz@mtglawfirm.com
          Dane S. Field   dfield@hawaii.rr.com,  dsfield@ecf.axosfs.com
          Gregory T. Dunn   on behalf of Debtor Ardian  Hasaj greg.dunn4@hawaiiantel.net
          Gregory T. Dunn    on behalf of Joint Debtor Heather Marie Hasaj greg.dunn4@hawaiiantel.net
          Neil J. Verbrugge   on behalf of U.S. Trustee   Office of the U.S. Trustee.
           Neil.Verbrugge@usdoj.gov
          Office of the U.S. Trustee.    ustpregion15.hi.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Ardian Hasaj**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6458<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Heather Marie Hasaj**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5313<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Hawaii** | | |
| Case number:   **20–00576** | | |

# Order of Discharge                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ardian Hasaj

Heather Marie Hasaj
aka Heather Marie Walton, dba Oahu Mobile Grooming, dba Pawsitively Posh Mobile Grooming

8/19/20

**By the court:**   Robert J. Faris
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318                   **Order of Discharge**                   page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**